UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUSEF MOHAMMED AHMED and
AFRAA SALEH MELHI AL-MURISI,

                Plaintiffs,

- against -

ALEJANDRO MAYORKAS, Secretary of
Homeland Security; UR JADDOU, Director
of USCIS; JOHN W. BIRD, Chief,
Humanitarian Affairs Branch of USCIS;
FIONA K. LASSITER, Supervisory
Adjudications Officer, USCIS,

                Defendants.

**ORDER**

21 Civ. 9311 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiffs will submit their response to Defendants' motion to dismiss (Dkt. No. 12) by Wednesday, November 24, 2021.

        The hearing currently scheduled for November 23, 2021 is adjourned to **December 1, 2021 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
         November 19, 2021

                                            SO ORDERED.

                                            Paul G. Gardephe
                                            United States District Judge