UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUSEF MOHAMMED AHMED and AFRAA SALEH MELHI AL-MURISI,

                Plaintiffs,

-against-

ALEJANDRO MAYORKAS, JOHN W. BIRD, FIONA K. LASSITER, and UR JADDOU,

                Defendants.

**ORDER**

21 Civ. 9311 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court, Plaintiffs' application for a preliminary injunction, and Defendants' motion to dismiss, are stayed until a status conference that will take place on December 16, 2021 at noon. At that time the Government will report on the status of Plaintiffs' application for humanitarian parole, and whether a decision on that application is likely to be made by January 18, 2022. In the meantime, in the event that Plaintiffs can provide additional information or documents that might facilitate a decision on the application, the Government will bring that to Plaintiffs' attention.

Dated: December 1, 2021
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge