

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 15, 2021

<u>VIA ECF</u>
Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

  **Re:**  ***Ahmed, et al. v. Mayorkas, et al.*, No. 21 Civ. 9311 (PGG)**

Dear Judge Gardephe:

  This Office represents the government in this action in which the plaintiffs seek relief relating to an application for humanitarian parole. The Court has scheduled an in-person conference for December 16, 2021, at noon. I write on behalf of both sides to respectfully request that the conference be adjourned *sine die* in light of the conditional approval of the application for humanitarian parole at issue in this case. *See* ECF Nos. 26, 26-1.

  As anticipated in the government's December 14, 2021 letter, the parties conferred earlier this afternoon regarding the status of the case in light of USCIS's issuance of a decision on the humanitarian parole application. *See* ECF No. 26. Plaintiffs' counsel informed me that the applicant already has made an appointment with the U.S. embassy in Cairo, Egypt, on December 19, 2021. In light of these developments, the parties respectfully submit that an adjournment of tomorrow's conference *sine die* is in the interests of efficiency and conservation of judicial and party resources.

  I thank the Court for its consideration of this letter.

**Memo Endorsed:**
The conference currently scheduled for
December 16, 2021 at 12:00 p.m. is
adjourned until February 17, 2022 at 12:00
p.m.
**Dated:** December 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: <u>*s/ Michael J. Byars*</u>
   MICHAEL J. BYARS
   Assistant United States Attorney
   Telephone: (212) 637-2793
   Facsimile: (212) 637-2786
   E-mail: michael.byars@usdoj.gov